UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

SAMUEL T. TURNER, JR.,           )
                                 )
            Plaintiff,           )
                                 )
        v.                       )    No. 1:10-CV-124-SNLJ
                                 )
KEITH D. SORRELL, et al.,        )
                                 )
            Defendants.          )

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of Samuel T. Turner, Jr., an inmate at the Dunklin County Justice Center, for leave to commence this action without payment of the required filing fee. Plaintiff has submitted a motion to proceed in forma pauperis; however, he has failed to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). As a result, the Court will order plaintiff to submit a certified copy of his prison account statement within thirty days of the date of this Order. If plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Moreover, plaintiff has submitted a complaint that appears to be missing pages, including the nature of the claims he wishes to pursue in this action. Because plaintiff is proceeding pro se, the Court will grant him thirty days in which to file an amended complaint on a court-provided prisoner civil complaint form, within thirty (30) days from the date of this Order, as more fully set forth below. Plaintiff is advised that the amended

complaint will supersede the original complaint and will be the only complaint the Court reviews.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint of a court-provided prisoner civil complaint form.

**IT IS FURTHER ORDERED** that, in addition to a copy of this Memorandum and Order, the Clerk of Court shall provide plaintiff with a court form entitled "Prisoner Civil Rights Complaint under 42 U.S.C. § 1983."

**IT IS FURTHER ORDERED** that upon the filing of an amended complaint, the Clerk shall resubmit this action to the Court for review pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 16th day of August, 2010.

**UNITED STATES DISTRICT JUDGE**